UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Georgette Miller, Esquire
Margolis Edelstein
100 Century Parkway, Suite 200
Mount Laurel, NJ 08045
856-323-1100
bky@margolisedelstein.com

Order Filed on April 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gloria A. Burgess-Wilson

| | |
|---|---|
| Case No.: | 19-22988 |
| Chapter: | 13 |
| Judge: | JNP |

**ORDER AUTHORIZING RETENTION OF**

_____REALTOR_____

The relief set forth on the following page is **ORDERED**.

**DATED: April 23, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Selina May-Harris_____
as _____realtor/listing agent_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   513 South Lenola Road
   Mooretown, New Jersey 08057

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is  ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-22988-JNP
Gloria A Burgess-Wilson                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Apr 23, 2021      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gloria A Burgess-Wilson, 8 Highwoods Ave, Sicklerville, NJ 08081-5290 |
| aty | + | Sokol Law Firm, 35 Kings Highway East, Haddonfield, NJ 08033-2015 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor American Heritage Credit Union dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Gloria A Burgess-Wilson csmith@margolisedelstein.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 23, 2021 | Form ID: pdf903 | Total Noticed: 2

William J. Levant
    on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com

TOTAL: 6