UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Georgette Miller, Esquire
Margolis Edelstein
100 Century Parkway, Suite 200
Mount Laurel, New Jersey 08054
(856) 323-11
bky@margolisedelstein.com

Order Filed on June 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gloria A. Burgess-Wilson

Case No.: 19-22988

Hearing Date: June 1, 2021

Chapter: 13

Judge: JNP

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:    ☐ Followed    ☒ Modified

The relief set forth on the following pages numbered two (2) and nine (9) is **ORDERED**.

DATED: June 15, 2021

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____1574 Roosevelt Boulevard, Sharon Hill____, Pennsylvania (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ~~☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing~~.

> Name of professional: **Keller Williams Realty and William Sokol, Esquire**
>
> Amount to be paid: **$7,500.00 and $4,375.00**
>
> Services rendered: **Marketing and sale of the property, lien search, seller's title insurance, and attorney's services.**

**OR:** ☒ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $__0__ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee fourteen (14) days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

    **a.** Debtor shall file an Amended Schedule I/J within fourteen (14) days of the Order removing rental income and mortgage payments relating to the property.

    **b.** A copy of the HUD-1/ALTA Settlement form shall be submitted to the Trustee's office no later than ten (10) days of the following closing.

    **c.** The proceeds of the sale, $125,000.00, will be paid as follows:

        (1) Department of Housing and Urban Development (HUD)/NOVAD have agreed to receive $105,996.30;
        (2) 2021 Property Taxes (Local) will be paid approximately $1,389.90;
        (3) 2021 Property Taxes (School) will be paid approximately $3,088.80;
        (4) $2,000.00 for attorney closing fees;
        (5) $1,875.00 for seller's title insurance;
        (6) $500.00 for lien search;
        (7) $7,500.00 for real estate broker fees;
        (8) $150.00 for government recording charges; and
        (9) $2,500.00 for state tax/stamps.

*rev.8/1/15*