UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Georgette Miller, Esquire
Margolis Edelstein
100 Century Parkway, Suite 200
Mount Laurel, New Jersey 08054
(856) 323-11
bky@margolisedelstein.com

Order Filed on June 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gloria A. Burgess-Wilson

Case No.: 19-22988

Hearing Date: June 1, 2021

Chapter: 13

Judge: JNP

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☒ Modified |

The relief set forth on the following pages numbered two (2) and nine (9) is **ORDERED**.

**DATED: June 15, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 1574 Roosevelt Boulevard, Sharon Hill _____, Pennsylvania (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ~~☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing~~.

> Name of professional: **Keller Williams Realty  and William Sokol, Esquire**
>
> Amount to be paid: **$7,500.00  and $4,375.00**
>
> Services rendered: **Marketing and sale of the property, lien search, seller's title insurance, and attorney's services.**

**OR**: ☒ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $ __0__ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee fourteen (14) days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

    **a.**    Debtor shall file an Amended Schedule I/J within fourteen (14) days of the Order removing rental income and mortgage payments relating to the property.

    **b.**    A copy of the HUD-1/ALTA Settlement form shall be submitted to the Trustee's office no later than ten (10) days of the following closing.

    c.    The proceeds of the sale, $125,000.00, will be paid as follows:

        (1)    Department of Housing and Urban Development (HUD)/NOVAD have agreed to receive $105,996.30;
        (2)    2021 Property Taxes (Local) will be paid approximately $1,389.90;
        (3)    2021 Property Taxes (School) will be paid approximately $3,088.80;
        (4)    $2,000.00 for attorney closing fees;
        (5)    $1,875.00 for seller's title insurance;
        (6)    $500.00 for lien search;
        (7)    $7,500.00 for real estate broker fees;
        (8)    $150.00 for government recording charges; and
        (9)    $2,500.00 for state tax/stamps.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Gloria A Burgess-Wilson  
    Debtor

Case No. 19-22988-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2  
Date Rcvd: Jun 15, 2021    Form ID: pdf903    Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gloria A Burgess-Wilson, 8 Highwoods Ave, Sicklerville, NJ 08081-5290 |
| aty | + | Sokol Law Firm, 35 Kings Highway East, Haddonfield, NJ 08033-2015 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor American Heritage Credit Union dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Gloria A Burgess-Wilson csmith@margolisedelstein.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jun 15, 2021 | Form ID: pdf903 | Total Noticed: 2

William H. Clunn, III
       on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com

William J. Levant
       on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com

TOTAL: 7