

Certificate Number: 17082-NJ-DE-037311873
Bankruptcy Case Number: 19-22988

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 1, 2023, at 1:56 o'clock PM MST, GLORIA A BURGESS WILSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: April 1, 2023

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director