**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gloria A Burgess-Wilson | Social Security number or ITIN   xxx-xx-2258 |
| | First Name   Middle Name   Last Name | EIN   _ _ - _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ - _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19-22988-JNP | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gloria A Burgess-Wilson
aka Gloria Burgess, aka Gloria Wilson

11/13/24

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-22988-JNP
Gloria A Burgess-Wilson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 3
Date Rcvd: Nov 13, 2024   Form ID: 3180W   Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gloria A Burgess-Wilson, 8 Highwoods Ave, Sicklerville, NJ 08081-5290 |
| aty | + | Sokol Law Firm, 35 Kings Highway East, Haddonfield, NJ 08033-2009 |
| r | + | Selina May-Harris, 513 South Lenola Road, Moorestown, NJ 08057-1550 |
| 518331422 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 518331436 | + | RMS, 5010 linbar drive, suite 100, Nashville, TN 37211-5064 |
| 518406062 | + | Renae Walker, 6052 Baltimore Avenue, 1st Floor, Philadelpia, Pennsylvania 19143-3103 |
| 518406063 | + | Rosenbaum and Associates, PC, c/o Jeffrey Rosenbaum, Esq., 1818 Market Street Suite 3200, Philadelphia Pennsylvania 19103-3684 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: CollectionsDept@PFCU.COM | Nov 13 2024 20:53:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1003 |
| 518365567 | | EDI: PHINAMERI.COM | Nov 14 2024 01:33:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518331420 | + | EDI: AARGON.COM | Nov 14 2024 01:33:00 | Aargon Collection Agen, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4119 |
| 518447164 | | EDI: GMACFS.COM | Nov 14 2024 01:33:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518331421 | + | EDI: GMACFS.COM | Nov 14 2024 01:33:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 518331424 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Comenity Bank/anntylr, Po Box 182273, Columbus, OH 43218-2273 |
| 518331425 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Comenity Bank/pier 1, Po Box 182789, Columbus, OH 43218-2789 |
| 518331426 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Comenitybank/jcrew, Po Box 182789, Columbus, OH 43218-2789 |
| 518331427 | + | EDI: CCS.COM | Nov 14 2024 01:33:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518331431 | | EDI: CITICORP | Nov 14 2024 01:33:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 518449337 | | EDI: Q3G.COM | Nov 14 2024 01:33:00 | Department Stores National Bank, c/o Quantum3 |

Case 19-22988-JNP    Doc 74    Filed 11/15/24    Entered 11/16/24 00:17:44    Desc Imaged
                                 Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518331429 | + | EDI: MAXMSAIDV | Nov 14 2024 01:33:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518331433 | + | EDI: PHINAMERI.COM | Nov 14 2024 01:33:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518449359 | | EDI: MAXMSAIDV | Nov 14 2024 01:33:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518331434 | + | Email/Text: bnc@nordstrom.com | Nov 13 2024 20:52:14 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 518446113 | | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Gap Visa Card, POB 41067, Norfolk VA 23541 |
| 518446328 | | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 518331435 | + | Email/Text: CollectionsDept@PFCU.COM | Nov 13 2024 20:53:00 | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 518433841 | | EDI: Q3G.COM | Nov 14 2024 01:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518331437 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 13 2024 20:52:00 | Specialized Loan Servi, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518331438 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 13 2024 20:54:00 | Sps Select Portfolio Services, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 518331439 | + | EDI: SYNC | Nov 14 2024 01:33:00 | Syncb/gapdc, Po Box 965005, Orlando, FL 32896-5005 |
| 518331440 | + | EDI: SYNC | Nov 14 2024 01:33:00 | Syncb/oldnav, Po Box 965005, Orlando, FL 32896-5005 |
| 518331441 | + | EDI: SYNC | Nov 14 2024 01:33:00 | Syncb/tjx Cos Dc, Po Box 965015, Orlando, FL 32896-5015 |
| 518333263 | ^ | MEBN | Nov 13 2024 20:51:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518331442 | + | Email/Text: BCN@timepayment.com | Nov 13 2024 20:54:00 | Timepayment Corp, 1600 District Ave Ste 20, Burlington, MA 01803-5076 |
| 520333204 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 13 2024 20:52:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, U.S. Bank National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 520333203 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 13 2024 20:52:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518439809 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 13 2024 20:52:00 | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518331432 | | EDI: USBANKARS.COM | Nov 14 2024 01:33:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 518393615 | | Email/Text: bankruptcy_notices@wgresorts.com | Nov 13 2024 20:52:00 | Westgate Resorts, Ltd, 2801 Old Winter Garden Road, Ocoee, FL 34761 |
| 518331443 | | EDI: WFFC2 | Nov 14 2024 01:33:00 | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 518428566 | | EDI: WFFC2 | Nov 14 2024 01:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 42 |
| TOTAL: 35 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518378228 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518331423 | *+ | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 518331428 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518331430 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518522366 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor American Heritage Credit Union dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Joshua I. Goldman | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-10HE, Asset-Backed Certificates, Series 2005-10HE josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Michelle Lee | on behalf of Debtor Gloria A Burgess-Wilson bky@dilworthlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com |
| William J. Levant | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com |

TOTAL: 9